IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DERRICK JERMAINE JAY,

        Plaintiff,

v.

OFFICER GUSTAVO RODRIGUEZ;
OFFICER KATIE SANCHEZ; and
CAPTAIN JONATHAN HYDE,

        Defendant.

No. 6:22-cv-00469-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation on November 14, 2022, in which she recommends that the Court deny Defendants' motion to dismiss. F&R, ECF 15. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [15]. Accordingly, Defendants' Motion to Dismiss [11] is DENIED.

IT IS SO ORDERED.

DATED: 12/21/22.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER