IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DERRICK JERMAINE JAY,

        Plaintiff,

v.

OFFICER GUSTAVO RODRIGUEZ;
OFFICER KATIE SANCHEZ; and
CAPTAIN JONATHAN HYDE,

        Defendant.

No. 6:22-cv-00469-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation on September 25, 2023, in which she recommends that the Court deny Plaintiff's Motion for Summary Judgment (ECF 21) and deny Defendants' Cross Motion for Summary Judgment (ECF 26). F&R, ECF 34. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Beckerman's Findings and Recommendation [34]. Accordingly, Plaintiff's Motion for Summary Judgment [21] is DENIED and Defendants' Cross Motion for Summary Judgment [26] is DENIED.

IT IS SO ORDERED.

DATED:    November 26, 2023    .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER